IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEROME EVANS, As Wrongful Death
Beneficiary of LUCILLE EVANS                                              PLAINTIFF

vs.                                                                                         No. 4:04CV392-D-B

SHAHZAD DAILAMI-POUR, M.D.                                          DEFENDANT

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the United States' motion to dismiss (docket entry 5) is GRANTED;

(2)     the Plaintiff's claims are DISMISSED; and

(3)     this case is CLOSED.

All memoranda and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this cause.

SO ORDERED, this the 21st day of October 2005.

/s/ Glen H. Davidson
Chief Judge